**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **John Cheung** | NO. **CV 16-07731 SJO (JCx)** |
| Plaintiff(s), | |
| v. | **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |
| **Metro Gas Company, Inc. et al** | |
| Defendant(s). | |

On 01/06/2017, the Court issued an Order to Show Cause re dismissal for Plaintiff's lack of prosecution. The Court advised plaintiff that it will consider the Plaintiff's filing of the Proof of service of summons and complaint as an appropriate response to this Order to Show Cause, on or before January 17, 2017. To date, Plaintiff has not responded to the Order to Show Cause. Accordingly, the Court hereby DISMISSES the instant case for lack of prosecution, without prejudice.

Dated: January 18, 2017.

S. James Otero

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE